1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612-5217
      Telephone:  (510) 637-3717
7     Facsimile:  (510) 637-3724
      E-Mail:     Christine.Wong@usdoj.gov
8

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 08-00559 CW
                                       )
14           Plaintiff,                )   PETITION FOR AND WRIT OF HABEAS
                                       )   CORPUS AD PROSEQUENDUM
15      v.                             )
                                       )
16  DOMINIC MILANO,                    )
                                       )
17           Defendant.                )
                                       )
18  _____)

19       TO:   The Honorable Joseph C. Spero, United States Magistrate Judge of the United

20             States District Court for the Northern District of California:

21

22          Assistant United States Attorney Christine Y. Wong respectfully requests that this Court

23  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DOMINIC

24  MILANO, whose place of custody and jailor are set forth in the requested Writ, attached hereto.

25  The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore

26  ////

27  ////

28  ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-00559 CW

1    petitioner prays that this Court issue the Writ as presented.

2

3    Dated: August 20, 2008                    Respectfully submitted,

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5

6
                                                        /s/
7                                              CHRISTINE Y. WONG
                                               Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-00559 CW

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )      No. CR 08-00559 CW
                                        )
12          Plaintiff,                  )
                                        )      [PROPOSED] ORDER GRANTING
13                                      )      PETITION FOR AND WRIT OF HABEAS
                                        )      CORPUS AD PROSEQUENDUM
14      v.                              )
                                        )
15   DOMINIC MILANO,                    )
                                        )
16          Defendant.                  )
                                        )
17   _____)

18          Upon motion of the United States of America, and good cause appearing therefore,

19          IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

20   Habeas Corpus Ad Prosequendum requiring the production of defendant, DOMINIC MILANO,

21   before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Wednesday,

22   September 10, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be

23   issued as presented.

24

25   DATED:_____          _____
26                                   HON. JOSEPH C. SPERO
                                     United States Magistrate Judge
27

28

PETITION AND [PROPOSED] ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-00559 CW

1

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

2    TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of

3    his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

4

## GREETINGS

5    WE COMMAND that on Wednesday, September 10, 2008, at 10:00 a.m., or as soon

6    thereafter as practicable, you have and produce the body of DOMINIC MILANO (PFN BBZ773),

7    in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the

8    United States District Court in and for the Northern District of California, in the Courtroom of

9    the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California

10    94612 on the third floor, in order that DOMINIC MILANO may then appear for initial

11    appearance upon the charges heretofore filed against him in the above-entitled Court, and that

12    immediately after said hearing to return him forthwith to said above-mentioned institution or

13    abide by such order of the above-entitled Court as shall thereafter be made concerning the

14    custody of said prisoner, and further to produce said prisoner at all times necessary until the

15    termination of the proceedings in this Court;

16    IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17    the above-named person, he be immediately delivered and remanded to the United States

18    Marshal and/or his authorized deputies under this Writ.

19    WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District

20    Court for the Northern District of California.

21    DATED: _____, 2008

22    CLERK, UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

23

24

25    By: _____
     DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR08-559 CW