1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612-5217
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724
   E-Mail:    Christine.Wong@usdoj.gov
8

9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR 08-00559 CW
                                      )
14 |      Plaintiff,                  )
                                      ) PETITION FOR AND WRIT OF HABEAS
15 | v.                               ) CORPUS AD PROSEQUENDUM
                                      )
16 | DOMINIC MILANO,                  )
                                      )
17 |      Defendant.                  )
   |_____    )
18

19   TO:   The Honorable Joseph C. Spero, United States Magistrate Judge of the United
20         States District Court for the Northern District of California:

21

22         Assistant United States Attorney Christine Y. Wong respectfully requests that this Court
23 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DOMINIC
24 MILANO, whose place of custody and jailor are set forth in the requested Writ, attached hereto.
25 The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore
26 ////
27 ////
28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-00559 CW

1 | petitioner prays that this Court issue the Writ as presented.

3 | Dated: August 20, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CHRISTINE Y. WONG
Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-00559 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOMINIC MILANO,<br><br>    Defendant. | No. CR 08-00559 CW<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, DOMINIC MILANO, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Wednesday, September 10, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 8/20/08

_____
HON.
United                    Judge
Judge Joseph C. Spero

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-00559 CW

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

<u>GREETINGS</u>

WE COMMAND that on Wednesday, September 10, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of DOMINIC MILANO (PFN BBZ773), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that DOMINIC MILANO may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: __August 20__, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _Karen L. How_
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR08-559 CW